**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Betty Marie Walmsley　　　　　　　　　Case Number: 04-36560
　　　　　　　　　　　　　　　　　　　　　　Chapter :　13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

　　　　Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

　　　　　　　　　　　　　　　　　　　　　　**Amount of Dividend**
**Betty Marie Walmsley**　　　　　　　　　　　**$ 6.99**
**503 NORTH 8th AVENUE**
**Hopewell, VA  23860**


Dated: **December 23, 2009**　　　　　　　　\S\ Robert E. Hyman
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**(Signature of Trustee)**

　　　　　　　　　　　　　　　　　　　　　　**Robert E. Hyman**
　　　　　　　　　　　　　　　　　　　　　　**Standing Chapter 13 Trustee**
　　　　　　　　　　　　　　　　　　　　　　**P.O. Box 1780**
　　　　　　　　　　　　　　　　　　　　　　**Richmond, VA. 23218-1780**